### A07A0424. OWENS CORNING v. GEORGIA DEPARTMENT OF REVENUE et al.
(670 SE2d 103)

ADAMS, Judge.

In *Ga. Dept. of Revenue v. Owens Corning*, 283 Ga. 489 (660 SE2d 719) (2008), the Supreme Court reversed the judgment of this court in *Owens Corning v. Ga. Dept. of Revenue*, 285 Ga. App. 158 (645 SE2d 644) (2007). We, therefore, vacate our earlier opinion and adopt the judgment of the Supreme Court as the opinion of this court.

*Judgment affirmed. Andrews, P. J., and Ellington, J., concur.*

DECIDED OCTOBER 16, 2008.

*Smith, Shaw & Maddox, Virginia B. Harman*, for appellant.

*Thurbert E. Baker, Attorney General, Warren R. Calvert, Senior Assistant Attorney General, Michele M. Young, Assistant Attorney General*, for appellee.

### A07A0576. THE STATE v. UNDERWOOD.
(668 SE2d 530)

ADAMS, Judge.

In *State v. Underwood*, 283 Ga. 498 (661 SE2d 529) (2008), the Supreme Court reversed the judgment of this court in *State v. Underwood*, 285 Ga. App. 640 (647 SE2d 338) (2007). We, therefore, vacate our earlier opinion and adopt the judgment of the Supreme Court as the opinion of this court.

*Judgment reversed. Andrews, P. J., and Ellington, J., concur.*

DECIDED OCTOBER 16, 2008.

*David L. Cannon, Jr., Solicitor-General, Barry W. Hixson, Assistant Solicitor-General*, for appellant.

*Charles T. Magarahan*, for appellee.